UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yaoxiao Li, on behalf of herself and others similarly situated,

                    Plaintiff,

-against-

Regency Health Care, Inc., d/b/a Regency Healthcare Inc. d/b/a The Regency of Boro Park L.H.C.S.A., Mark Moskowitz, Ethan Moskowitz, Erika Toledo,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _8/10/2022_

22 Civ. 2850 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 20, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by August 4, 2022. ECF No. 7. Those submissions are now overdue. Accordingly, by **August 17, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge