```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/29/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yaoxiao Li, on behalf of herself and others similarly situated,

                       Plaintiff,

-against-

Regency Health Care, Inc., d/b/a Regency Healthcare Inc. d/b/a The Regency of Boro Park L.H.C.S.A., Mark Moskowitz, Ethan Moskowitz, Erika Toledo,

                       Defendants.

22 Civ. 2850 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 18, 2022, the Court ordered Plaintiff to file an amended complaint by August 25, 2022. ECF No. 19. That submission is now overdue. Accordingly, by **August 31, 2022**, Plaintiff shall file an amended complaint.

    SO ORDERED.

Dated: August 29, 2022
       New York, New York

                                                   ANALISA TORRES
                                           United States District Judge