```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/1/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yaoxiao Li, on behalf of herself and others similarly situated,

                Plaintiff,

-against-

Regency Health Care, Inc., d/b/a Regency Healthcare Inc. d/b/a The Regency of Boro Park L.H.C.S.A., Mark Moskowitz, Ethan Moskowitz, Erika Toledo,

                Defendants.

22 Civ. 2850 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 18, 2022, the Court ordered Plaintiff to file an amended complaint by August 25, 2022. ECF No. 19. Plaintiff failed to meet that deadline. On August 29, 2022, the Court ordered Plaintiff to file an amended complaint by August 31, 2022. ECF No. 20. That submission is now overdue. Accordingly, by **September 7, 2022**, Plaintiff shall file an amended complaint. No further extension shall be granted absent a showing of good cause.

    SO ORDERED.

Dated: September 1, 2022
       New York, New York

                              ANALISA TORRES
                         United States District Judge